```
                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
                           WESTERN DIVISION

KIRBY G. TATE                                            PLAINTIFFS
CHRISTA TATE

VERSUS                               CIVIL ACTION NO. 5:05cv166-DCB-JMR

DOLAN WALLER, THELMA LINDSEY,&                           DEFENDANTS
FRANCIS RANSOM
```

### FINAL JUDGMENT

This matter having come before the Court on defendant Francis Ransom's Motion to Dismiss for Failure to Serve Process; the defendants' Motion to Dismiss for Failure to State a Claim; the defendants' Motion for Summary Judgment; and the Court's own Motion to Dismiss for Failure to State a Claim for Which Relief Can Be Granted; and the Court having granted the motions as to all federal claims made by the plaintiffs and having declined to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c)(3) as to any remaining state law claims, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Kirby Tate's claims for negligence and malicious prosecution and plaintiff Christa Tate's claim for loss of consortium under § 1983 are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Kirby Tate's remaining claims under § 1983 are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that any and all state law

claims asserted by the plaintiffs are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this the 10th day of September, 2007.

    s/ David Bramlette
UNITED STATES DISTRICT JUDGE